**COM.**

v.

**MCLAUGHLIN, M.**

**3453 EDA 2016**

Superior Court of Pennsylvania.

08/28/2017

CP–51–CR–0007870–2015
(Philadelphia)

Affirmed

**J.R.**

v.

**L.T.**

**60 WDA 2017**

Superior Court of Pennsylvania.

08/28/2017

FD 07–003697–004 (Allegheny)

Affirmed/Remanded

**COM.**

v.

**DESALVO, J.**

**199 WDA 2017**

Superior Court of Pennsylvania.

08/28/2017

CP–26–CR–0000123–2016
(Fayette)

Affirmed

**COM.**

v.

**FREZZELL, S.**

**306 WDA 2017**

Superior Court of Pennsylvania.

08/28/2017

CP–26–CR–0000589–2010
(Fayette)

Affirmed

